**Opinion issued October 19, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00290-CV

————————————

**KEITH MUSE, Appellant**

**V.**

**HARRIS COUNTY, TEXAS, BERTHA MARIA CABRERA, ESTATE OF HUGH T. BALDWIN, HUGHE T. BALDWIN II A/K/A HUGH T. BALDWIN, CHRISTOPHER D. BALDWIN, SHAJUANA POPE A/K/A SHAJUANA BALDWIN, FREDERICK BALDWIN, BONI ROSS THOMPSON A/K/A BONI BALDWIN, IMA INVESTMENTS CASH ADVANCE CAPITAL INVESTMENTS LLC, AND JALET INVESTMENTS, LLC, Appellees**

---

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2020-38932

---

## MEMORANDUM OPINION

Appellant Keith Muse filed a motion to dismiss his appeal, representing that

the parties reached a settlement agreement resolving their underlying dispute. Although the motion does not contain a certificate of conference, it has been on file with the Court for more than ten days and appellees have not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a)(2). No cross appeal has been filed and no opinion has issued. *See* TEX. R. APP. P. 42.1(c).

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.